MARY GREER et al., Appellants, v. J. W. McCULLOUGH, Respondent.—

Latham, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.